IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02564-MJW

VLADIMIR BERNARD,

Plaintiff,

v.

COLE BRITTON, Corporal,

Defendant.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant Corporal Cole Britton's Motion to Stay (Docket No. 22) is granted as follows. With the exception of the November 26, 2014, deadline for the filing of the Pilot Program Consent Form (see Docket Nos. 8 and 9), this matter is stayed until further order of the court. It is thus further

ORDERED that the Scheduling/Planning Conference set on December 17, 2014, at 9:00 a.m. is vacated and will be reset, if necessary, following a ruling on the pending motion to dismiss (Docket No. 21).

Date: November 19, 2014