**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-02564-WJM-MJW

VLADIMIR BERNARD,

    Plaintiff,

v.

COLE BRITTON, Corporal,

    Defendant.

---

## FINAL JUDGMENT
---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered during the pendency of this case and the Order Adopting January 20, 2015 Recommendation of Magistrate Judge and Granting Defendant's Motion to Dismiss, entered by the Honorable William J. Martínez, United States District Judge, on February 20, 2015,

IT IS ORDERED that the Magistrate Judge's Recommendation (ECF No. 32) is ADOPTED in its entirety.

IT IS FURTHER ORDERED that the Defendant's Motion to Dismiss (ECF No. 21) is GRANTED. Plaintiff's Complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for failure to exhaust his administrative remedies.

Dated at Denver, Colorado this  23rd   day of February 2015.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/Deborah Hansen
Deborah Hansen, Deputy Clerk